UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELANO HELMUTH, | Case No.: 2:18-cv-00704-RFB-NJK |
| Plaintiff(s), | **ORDER** |
| v. | (Docket No. 16) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant(s). | |

Pending before the Court is the parties' stipulation to extend time for Plaintiff to file a motion for remand/reversal, filed on July 30, 2018. Docket No. 16. The parties ask the Court to extend the deadline from July 26, 2018, to September 19, 2018. *Id.* The parties submit that an extension is warranted because Plaintiff's counsel has a heavy caseload and "is in the process of transferring cases internally…." *Id.* at 2. Local Rule IA 6-1 requires that a request for extension made after the expiration of a deadline must be supported by excusable neglect. The parties have failed to address, let alone show, excusable neglect for the extension of the expired deadline. Since the parties filed their stipulation four days after the expiration of the deadline, however, the Court will allow the extension on this one occasion. The Court expects strict compliance with all rules of procedure for the remainder of the instant case.

//

//

//

1

Accordingly, the Court **GRANTS** the parties' stipulation to extend time for Plaintiff to file a motion for remand/reversal. Docket No. 16. Plaintiff's motion shall be filed no later than September 19, 2018.

IT IS SO ORDERED.

Dated: July 31, 2018

                                                        _____
NANCY J. KOPPE
United States Magistrate Judge