# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DELANO HELMUTH,<br><br>Plaintiff(s),<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant(s). | Case No.: 2:18-cv-00704-RFB-NJK<br><br>**ORDER**<br><br>(Docket No. 18) |

Pending before the Court is the parties' stipulation to extend time for Plaintiff to file a motion for remand/reversal, filed on September 21, 2018. Docket No. 18. The parties ask the Court to extend the deadline from September 19, 2018 to October 12, 2018. *Id.* The parties submit that an extension is warranted to allow Plaintiff's counsel additional time to "fully research the issues presented." *Id.* at 2. Local Rule IA 6-1 requires that a request for extension made after the expiration of a deadline must be supported by excusable neglect. The parties have failed to address, let alone show, excusable neglect for the extension of the expired deadline. Further, this is the parties' second stipulation to extend and, in granting the first request, the Court explicitly stated it would allow an extension on only that one occasion. Docket No. 17 at 1.

…

…

…

1

Accordingly, the Court **DENIES** the parties' stipulation to extend time for Plaintiff to file a motion for remand/reversal. Docket No. 16. The Court will allow Plaintiff until September 28, 2018 to file his motion for remand/reversal.

IT IS SO ORDERED.

Dated: September 24, 2018

NANCY J. KOPPE
United States Magistrate Judge